# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Crim. Action No. CCB-09-076 |
| MONTEZ GIBSON. | |

## MEMORANDUM & ORDER

On May 10, 2010, Montez Gibson was sentenced to 156 months incarceration for Hobbs Act robbery (Count Two), and a consecutive 84 months incarceration for using a firearm in relation to a crime of violence (Count Three), for a total term of 240 months.[1]  Sentencing, ECF 38; Judgment, ECF 44. Through counsel he filed a motion to vacate under 28 U.S.C. § 2255 on June 10, 2016. Mot. to Vacate, ECF 55. After counsel was permitted to withdraw, *see* Order, ECF 64, Gibson filed a motion to supplement, Mot. to Supp., ECF  74, which was considered by the court. The 2255 petition was denied on October 15, 2021. Order Denying Mot. to Vacate, ECF 76. No appeal was filed.

On September 21, 2022, Gibson filed a "motion to invoke Rule 52(B) and Fed. R. Crim. P. 11." Mot., ECF 77. Upon review, it appears to constitute a second or successive petition under 28 U.S.C. § 2255. Unless Gibson receives authorization from the Fourth Circuit, this court lacks jurisdiction to rule on his motion. 28 U.S.C. § 2255(h); *id.* § 2244(b)(3)(A); *In re McNeill*, 68 F.4th 195, 201 (4th Cir. 2023). Gibson appears to acknowledge as much, noting that his "motion was suppose[d] to go to the 4th Cir Court of Appeals." Correction of Filing, ECF 78.

---

[1] This sentence was imposed along with a consecutive 60-month sentence in Case No. 10-cr-0211-BEL for a total term of imprisonment of 300 months. *See* Judgment.

Accordingly, it is hereby **ORDERED** that:

1.  The motion to invoke Rule 52(B), ECF 77, construed as a second or successive motion under 28 U.S.C. § 2255, is **DENIED** and **DISMISSED** without prejudice;

2.  No certificate of appealability will be issued; and

3.  The Clerk shall **SEND** a copy of this Memorandum & Order to Montez Gibson and AUSA Jason Medinger.


  3/11/2024                                           /s/                       

Date                                                            Catherine C. Blake

                                                            United States District Judge